TIMOTHY J. SULLIVAN, as Administrator of the Estate of JOSEPH SULLIVAN, Deceased, Respondent, *v.* UNION RAILWAY COMPANY OF NEW YORK CITY, Appellant.

*Sullivan* v. *Union Railway Co.*, 81 App. Div, 596, affirmed.
(Submitted November 20, 1903; decided December 8, 1903.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered April 25, 1903, affirming a judgment in favor of plaintiff entered upon a verdict and an order denying a motion for a new trial.

*Charles F. Brown* and *Henry A. Robinson* for appellant.

*Stephen C. Baldwin* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: BARTLETT, HAIGHT, VANN, CULLEN and WERNER, JJ. Dissenting: PARKER, Ch. J., and GRAY, J.